WALTER MROWKA *v.* JOHN BERNARDI

The defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 901 (AC 22909), is denied.

*Elie S. Coury* and *Edward J. Gallagher*, in support of the petition.

*Jennifer Collins*, in opposition.

Decided September 4, 2003

DODSON BOATYARD, LLC *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF STONINGTON ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 77 Conn. App. 334 (AC 22931), is denied.

*Jeffrey T. Londregan*, in support of the petition.

*Frank N. Eppinger*, in opposition.

Decided September 4, 2003